UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN CANDELARIA, | Case No. 2:18-03317 VBF (ADS) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF |
| ROSEMARY NODH, Warden, | UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE |
| Respondent. | |

Finding no defect of law, fact, or logic in the Magistrate Judge's well-reasoned Report and Recommendation, the Report and Recommendation is ADOPTED:

– The Petition is denied and this case is dismissed with prejudice.

– Petitioner's request for appointment of counsel [Doc #1 at 42] is denied.

– Petitioner's request for an evidentiary hearing is denied.

The Court will enter final judgment as a separate document.

The Court will rule on a certificate of appealability by separate document.

This case is TERMINATED (JS-6).

IT IS SO ORDERED.


DATED: June 17, 2021

/s/ Valerie Baker Fairbank
_____

The Hon. VALERIE BAKER FAIRBANK
Senior United States District Judge