UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN CANDELARIA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROSEMARY NODH, Warden,<br><br>　　　　Respondent. | Case No. 2:18-03317 VBF (ADS)<br><br>JUDGMENT |

Final judgment is hereby entered in favor of respondent and against petitioner.

IT IS SO ADJUDGED.

Dated: June 17, 2021

/s/ Valerie Baker Fairbank
_____

The Hon. Valerie Baker Fairbank
Senior United States District Judge